UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
OMAIDA MACHADO

CASE NO. 05-15944-BKC-AJC

NOV 15 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10.68 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to

OMAIDA MACHADO
1900 W 68 STREET
APT. F-105
HIALEAH, FL 33014

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

ZAYAS FASHION BRIDAL
HIALEAH, FL
33012

U.S. Trustee
51 S W 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
OMAIDA MACHADO

CASE NO.  05-15944-BKC-AJC

CHAPTER 13

OMAIDA MACHADO

1900 W 68 STREET  
APT. F-105  
HIALEAH, FL 33014

JORGE L. SUAREZ, ESQUIRE  
3735 SW 8TH STREET  
SUITE 101  
CORAL GABLES, FL 33134

ZAYAS FASHION BRIDAL            ---------$            10.68  
HIALEAH, FL  
 33012

**UNDELIVERABLE/STALE  
CLAIM REGISTER# 10**

U.S. Trustee  
51 S.W. 1st Avenue  
Miami, Florida 33130

**OMAIDA MACHADO  
492 W 29TH STREET  
HIALEAH, FL  33012**